**OFFICIAL COMMITTEE OF TORT CLAIMANTS, petitioner, v. DOW CORNING CORPORATION, et al.**
No. 97–210.

Supreme Court of the United States.

Nov. 10, 1997.

Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Justice O'CONNOR took no part in the consideration or decision of this petition.